UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH CHOI<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>PORTFOLIO RECOVERY ASSOCIATES, LLC<br><br>　　　　　　　Defendant. | Case No.:  20cv2331-LAB (LL)<br><br>**ORDER OF DISMISSAL** |

Plaintiff has filed a notice of dismissal with prejudice. Defendant has not answered or appeared. Pursuant to Fed. R. Civ. P. 41(a), this action is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**.

Dated:  February 22, 2021

*Larry A. Burns*
Honorable Larry Alan Burns
United States District Judge